Jaffie & Kaplan, for plaintiff in error; Stephen F. Riordan, of counsel. Frank H. Lennards, for defendant in error.

Mr. Justice Matchett delivered the opinion of the court.

---

Robert J. Folonie, defendant in error, v. West Side Hospital of Chicago, plaintiff in error. Gen. No. 25,883.

Assumpsit for money due plaintiff. Judgment for plaintiff on default of defendant to file an affidavit of merits with its plea. Error to the Circuit Court of Cook county; the Hon. Charles H. Miller, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1920. Affirmed. Opinion filed April 12, 1921.

Bither & Goff, for plaintiff in error. Bates, Hicks & Folonie, for defendant in error.

Mr. Justice Matchett delivered the opinion of the court.

---

Catherine E. McDonough, plaintiff in error, v. Nilson Brothers, defendant in error. Gen. No. 25,895.

Action for money due from defendant upon an accounting under a contract for the sale of corporate stock. Judgment for plaintiff on only so much of plaintiff's claim as was admitted and plaintiff appeals. Error to the Municipal Court of Chicago; the Hon. Harry Olson, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1920. Affirmed. Opinion filed April 12, 1921.

Daniel L. Madden and Roy C. Merrick, for plaintiff in error. Louis A. Heile and Charles E. Heckler, for defendant in error.

Mr. Justice Matchett delivered the opinion of the court.

---

Bridget Desmond, appellee, v. C. S. Gordon, appellant. Gen. No. 25,936.

Action for personal injuries to plaintiff by being struck by defendant's automobile. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Arnold Heap, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1920. Affirmed. Opinion filed April 12, 1921.

R. F. Kompare, for appellant. Thurman, Hume & Kennedy, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

---

Katie A. Bell, plaintiff in error, v. Chicago Railways Company et al., trading as Chicago Surface Lines, defendants in error. Gen. No. 25,782.

Suit for personal injuries received by a passenger while alighting from defendants' street car. Judgment for defendants. Error to the Circuit Court of Cook county; the Hon. Samuel C. Stough, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1920. Affirmed. Opinion filed May 3, 1921.

Herbert R. Lloyd and P. R. Boylan, for plaintiff in error. Frank L. Kriete and William H. Symmes, for defendants in error; J. R. Guilliams and Warner H. Robinson, of counsel.

Mr. Presiding Justice Barnes delivered the opinion of the court.